IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LILLIAN EASLEY,** and all other similarly situated,<br>　　**Plaintiffs,**<br><br>v.<br><br>**WLCC II, d/b/a Arrowhead Advance,**<br>　　**Defendant.** | )<br>)<br>)<br>)   **CIVIL ACTION 1:21-00049-KD-MU**<br>)<br>)<br>)<br>) |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Final Judgment is issued in the case as follows: 1) the October 8, 2020 arbitration award is **CONFIRMED** such that the relief requested in Count II of Easley's Complaint is **GRANTED**; and 2) WLCC's motion to dismiss and compel arbitration as to Count I of Easley's Complaint is **GRANTED** and Easley's Count I is **COMPELLED** to arbitration.

　　**DONE** and **ORDERED** this the **16th** day of **September 2021.**

　　　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　　　**KRISTI K. DUBOSE**
　　　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**